UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

                                      CASE NO.: **21-14668-LMI**
                                      CHAPTER: **13**

Norton Alejandro Ruiz

Debtor._____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for Debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ■ No further action is necessary.

2)    The following actions have been taken:

☐ The debtor has filed an objection to proof of claim _____.

☐ The debtor has filed an _____ plan to provide for the proof of claim _____ filed by _____.

☐ Other: _____.

A copy of this Notice of Compliance was served on the Chapter 13 Trustee via the NEC and the Debtor via U.S. Mail on December 20, 2021.

                                                            Respectfully submitted,

                                                            Law Offices of Patrick L. Cordero, P.A.
                                                            Attorney for Debtor
                                                            7333 Coral Way
                                                           Miami, Florida 33155
                                                           Tel: (305) 445-4855

                                                              /s/ (FILED ECF)
                                                           Miriam Marenco, Esq.
                                                           FL Bar No. 86115

*7/22/2021
**11/9/2021