# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:   CASE NO.: 21-14668-BKC-LMI
PROCEEDING UNDER CHAPTER 13

NORTON ALEJANDRO RUIZ

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on __JANUARY 11, 2022__.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By:/s/_____
☐ Kenia Molina, Esq.
   FLORIDA BAR NO: 0085156
☐ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☒ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS<br>CASE NO.:  21-14668-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
NORTON ALEJANDRO RUIZ
18108 SW 139 PL
MIAMI, FL  33177

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
PATRICK L CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155

```
11/05/2021 FRI 12:22    FAX 9544434452              CH13MIAMI_FAX                    ☑001
```

```
                        ********************
                              FAX TX REPORT
                        ********************

                              TRANSMISSION OK

                        JOB NO.              2939
                        User Name            ccooper
                        DESTINATION ADDRESS  13052620496
                        SUBADDRESS
                        DESTINATION ID
                        ST. TIME             11/05 12:21
                        TX/RX TIME           00'31
                        PGS.                 1
                        RESULT               OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

---

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

11/05/2021

To: PATRICK L. CORDERO, ESQUIRE

Re: Norton Alejandro Ruiz             Case: 21-14668-LMI

Dear PATRICK L. CORDERO, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor:

Westlake Services claim CL REG 3.2 is late filed & PL fails to provide 100% of allowed unsecured claims.

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case.

Very truly yours,
CLARISSA