

**ORDERED in the Southern District of Florida on February 10, 2022.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
                   www.flsb.uscourts.gov


IN RE:                                    CASE NO: 21-14668-BKC-LMI
NORTON ALEJANDRO RUIZ,
           DEBTOR(S).
_____/
```

**ORDER DISMISSING CHAPTER 13 CASE**

THIS CASE came on to be heard on February 1, 2022, for the Trustee's Motion to Dismiss Case (ECF #38), and based on the record, it is

ORDERED as follows:

1. This case is hereby dismissed from the date hereof as pending issues with (ECF #38) was not resolved by the seven day deadline given.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301

1

North Miami Avenue, Room 150, Miami, FL 33128, $0.00 for the balance of the filing fee as required by Local Rule 1017-2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, and Local Rule 1017-2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

     5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013-1(E).

     6. The clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

PREPARED BY:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

THE CLERK OF COURT is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.